Fouad N. DAGHER; Bisharat Enterprises Inc.; Alfred Buczkowski; Esequiel Delagado; Mahwash Farzaneh; Nasser El–Radi; G.G. & R. Petroleum Inc.; H.J.F. Inc.; Kaleco Co.; Carlos Marquez; Sami Merhi, Edgardo R. Parungao; Ron Abel Serv. Center, Inc.; Guillermo Ramirez; Jerry's Shellserv. Center, Inc.; Leopoloo Ramirez; Nazar Sheibaini; Sitara Management Corporation; Tinsel Enterprises Inc.; Quang Truong; Steven Ray Vezerian; Los Feliz Shell, Inc.; Nassim Hanna, Plaintiffs–Appellants,

v.

SAUDI REFINING INC., (SRI); Texaco Inc.; Shell Oil Company, Defendants–Appellees,

and

Motiva Enterprises LLC; Equilon Enterprises, LLC; Equiva Trading Company; Equiva Services LLC, Defendants.

No. 02–56509.

United States Court of Appeals, Ninth Circuit.

Oct. 24, 2006.

Thomas P. Bleau, Bleau, Fox & Goldberg, Los Angeles, CA, John H. Boone, Law Office of John H. Boone, Daniel R. Shulman, Esq., San Francisco, CA, Gregory R. Merz, Gray, Plant, Mooty, Mooty & Bennett, P.A., Minneapolis, MN, Joseph Lawrence Alioto, Esq., for Plaintiffs–Appellants.

Alan M. Grimaldi, Esq, Patricia G. Butler, Howrey & Simon & White, Washington, DC, Thomas J. Nolan, Esq., Howrey, Simon, Arnold & White, Los Angeles, CA, Stuart N. Senator, Esq., Munger Tolles & Olson, LLP, Los Angeles, CA, for Defendants–Appellees.

David A. Destino, Baker & Hostetler, LLP, Los Angeles, CA, Ann Spiegel, ESQ., Equiva Services, Houston, TX, for Defendants.

Before STEPHEN REINHARDT, FERDINAND F. FERNANDEZ, and JOHNNIE B. RAWLINSON, Circuit Judges.

## ORDER

Pursuant to the Supreme Court judgment, we affirm the disrict court's grant of summary judgment to the defendants.